# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| David Batsch, Vince P. Carlino, Corinne Exum, Patti-Rae Given, and Sheryl Mowry-Miller, plaintiffs. <br> v. <br> Alliance Imaging, Inc., a Delaware corporation, et al., defendants. | FILED: AUGUST 21, 2008 <br> 08CV4777 <br> JUDGE BUCKLO <br> MAGISTRATE JUDGE DENLOW <br> EDA |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

plaintiffs David Batsch, Vince P. Carlino, Corinne Exum, Patti-Rae Given, and Sheryl Mowry-Miller

| NAME (Type or print) |
|---|
| David L. Lee |
| **SIGNATURE** (Use electronic signature if the appearance form is filed electronically) |
| s/ David L. Lee |
| **FIRM** |
| Law Offices of David L. Lee |
| **STREET ADDRESS** |
| 53 W. Jackson Blvd., Suite 660 |
| **CITY/STATE/ZIP** |
| Chicago, IL 60604 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 1604422 | 312-347-4400 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☑ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐