## United States District Court for the Northern District of Illinois

Case Number: 08CV4777   Assigned/Issued By: DAJ

Judge Name: BUCKLO   Designated Magistrate Judge: DENLOW

### FEE INFORMATION

Amount Due: [✓] $350.00   [ ] $39.00   [ ] $5.00
[ ] IFP   [ ] No Fee   [ ] Other ____
[ ] $455.00

Number of Service Copies ____   Date: ____

(For Use by Fiscal Department Only)

Amount Paid: 350.00   Receipt #: 3042545

Date Payment Rec'd: 08/21/08   Fiscal Clerk: DAJ

### ISSUANCES

[✓] Summons   [ ] Alias Summons
[ ] Third Party Summons   [ ] Lis Pendens
[ ] Non Wage Garnishment Summons   [ ] Abstract of Judgment
[ ] Wage-Deduction Garnishment Summons
[ ] Citation to Discover Assets   (Victim, Against and $ Amount)
[ ] Writ ____
 (Type of Writ)

3 Original and 0 copies on 08/21/08 as to DEF'S. ____
(Date)

C:\wpwin80\docket\feeinfo.frm   03/14/05